| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Christen, Morgan B. | United States Court of Appeals for the Ninth Circuit | 05/07/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

605 West 4th Avenue, Suite 252
Anchorage, Alaska 99501

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Alaska State Employee Accounts (Judicial Reirement, 457 Plan, 401(a) Plan); no control |
| 2. | 2001 | Preston Gates & Ellis Retirement Savings (with former law firm); no control |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Alaska Permanent Fund Dividend | $1,600.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self employed ▇ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York University Law School | Feb 22-25, 2018 | Greentree, New York | Judicial Seminar | Transportation, lodging, meals |
| 2. | Rhodes Scholarship Committee | Nov 15-17, 2018 | Seattle, Washington | Selection of Rhodes Scholarship recipient | Transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ASB Accounts (cash) | A | Interest | J | T | | | | | |
| 2. Wells Fargo Accounts (cash) | A | Interest | J | T | | | | | |
| 3. True North Federal Credit Union (cash) | A | Interest | J | T | | | | | |
| 4. ▨▨▨ Accounts (cash) | A | Interest | N | T | | | | | |
| 5. T. ROWE PRICE RETIREMENT 2025 | F | Dividend | O | T | | | | | |
| 6. American Century International Discovery | D | Dividend | L | T | | | | | |
| 7. Brandes International Equity Fund | | None | K | T | | | | | . |
| 8. Columbia Contrarian Fund (formerly Value & Restructuring Fund-Z) | B | Dividend | K | T | | | | | |
| 9. Prime Plus Investments, Inc. | A | Dividend | J | T | | | | | |
| 10. Seven Peaks Venture Fund (X) | | None | K | T | Buy (add'l) | 04/01/18 | K | | |
| 11. Vanguard European Stock Index Fund | C | Dividend | M | T | | | | | |
| 12. Vanguard Health Care Fund | D | Dividend | L | T | | | | | |
| 13. Vanguard Limited-Term Tax Exempt Fund | A | Dividend | J | T | | | | | |
| 14. ▨▨▨ Capital Account | | None | M | T | | | | | |
| 15. ▨▨▨ Retirement Plan (no control) | G | Int./Div. | P1 | T | | | | | |
| 16. HEWM VI Investment Fund (no control) | | None | J | T | | | | | |
| 17. HEWM XII Investment Fund (no control) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HEWM XV Investment Fund (no control) | | None | K | T | | | | | |
| 19. Venture Law Group Invst. 2004 (no control) | | None | J | T | | | | | |
| 20. Venture Law Group Invst. 2005 (no control) | | None | K | T | | | | | |
| 21. Venture Law Group Invst. 2006 (no control) | | None | J | T | | | | | |
| 22. Venture Law Group Invst. 2007 (no control) | D | Distribution | J | T | | | | | |
| 23. Endeavor Capital Fund | A | Distribution | K | T | | | | | |
| 24. Investment Property # 1, Nelson, NZ | | None | N | W | | | | | |
| 25. Investment Property # 2, Blaine, WA | | None | K | W | | | | | |
| 26. Investment Property # 3, Blaine, WA | | None | M | W | | | | | |
| 27. Investment Property # 4, Leonard, MN | | None | M | W | | | | | |
| 28. Investment Property #5, Blaine, WA | | None | M | W | | | | | |
| 29. Rental Property # 1, Blaine, WA | D | Rent | M | W | | | | | |
| 30. Rental Property # 2, Blaine, WA | E | Rent | M | W | | | | | |
| 31. Rental Property # 3 (formerly #4), Bellingham, WA | C | Rent | M | W | | | | | |
| 32. Northwestern Mutual - whole life policy #1 | A | Dividend | K | T | | | | | |
| 33. Northwestern Mutual - whole life policy #2 | A | Dividend | K | T | | | | | |
| 34. New York Life - whole life policy #1 | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. New York Life - whole life policy #2 | A | Dividend | M | T | | | | | |
| 36. Brokerage Acct #1 (H) | | | | | | | | | |
| 37. Merrill Lynch Bank Deposit Program (cash) | B | Interest | O | T | | | | | |
| 38. First TR Large Cap Value Opportunities Alphadex (FTA) | A | Dividend | | | Sold | 12/19/18 | K | C | |
| 39. First TR Small Cap Core Alphadex Fd. (FYX) | A | Dividend | | | Sold | 12/19/18 | J | C | |
| 40. First TR Mid Cap Core Alphadex Fd. (FNX) | A | Dividend | | | Sold | 12/19/18 | J | C | |
| 41. First TR Emerging Markets Alphadex Fund (FEM) | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 42. First TR Emerging Markets (FEMS) | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 43. Flexshares Morningstar Global Upstream Nat Res Index Fd. (GUNR) | A | Dividend | | | Sold | 12/19/18 | J | B | |
| 44. FT 6590 VALUE LINE (CVAL17) | B | Dividend | | | Sold | 07/11/18 | L | D | |
| 45. FT 6590 S&P TARGET SMID (CFMD17) | A | Dividend | | | Sold | 07/11/18 | L | D | |
| 46. FT 6590 S&P TARGET 24 2Q (CFPT17) | | None | | | Sold | 07/11/18 | L | D | |
| 47. Invesco (formerly Guggenheim) S&P 500 Equal Weight ETF (RSP) | A | Dividend | | | Sold | 12/19/18 | K | C | |
| 48. Invesco (formerly Guggenheim) S&P Mid Cap 400 Equal weight ETF (EWMC) | A | Dividend | | | Sold | 12/19/18 | J | C | |
| 49. INVESCO UNIT TRS UNIT 1753 SELECT S&P INDL (CSPN17) | | None | | | Sold | 07/05/18 | K | D | |
| 50. INVESCO UNIT TRS UNIT 1753 EAFE SELECT 20 PORT (CEAF17) | | None | | | Sold | 07/05/18 | K | | |
| 51. INVESCO UNIT TRS UNIT 1753 SELECT S&P CORE (CSCR17) | | None | | | Sold | 07/05/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IQ Global Resources ETF (GRES) | | None | | | Sold | 12/19/18 | J | A | |
| 53. IQ Hedge Multi-Strat Tracker ETF (QAI) | | None | | | Sold | 12/19/18 | K | B | |
| 54. IQ US Real Estate Small (ROOF) | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 55. iShares 1-3 yr. Treasury Bond ETF (SHY) | A | Dividend | | | Sold | 12/19/18 | J | | |
| 56. Oppenheimer Rev. Weighted Trust Mid Cap Rev. ETF (RWK) | A | Dividend | | | Sold | 12/19/18 | J | C | |
| 57. Oppenheimer Rev. Weighted Trust Small Cap Rev. ETF (RWJ) | A | Dividend | | | Sold | 12/19/18 | J | B | |
| 58. Oppenheimer Rev. Weighted Trust Large Cap Rev. ETF (RWL) | A | Dividend | | | Sold | 12/19/18 | K | C | |
| 59. PowerShares FTSE RAFI US 150 (PRFZ) | A | Dividend | | | Sold | 12/19/18 | J | B | |
| 60. Proshares Hedge Replication ETF (HDG) | A | Dividend | | | Sold | 12/19/18 | K | B | |
| 61. Vanguard REIT ETF (VNQ) | A | Dividend | | | Sold | 12/19/18 | J | B | |
| 62. Vanguard FTSE Emerging Markets ETF (VWO) | A | Dividend | | | Sold | 12/19/18 | J | A | |
| 63. Wisdomtree Midcap Earnings (EZM) | A | Dividend | | | Sold | 12/19/18 | J | C | |
| 64. XTrackers MSCI EAFE Hedged Equity ETF (DBEF) | B | Dividend | | | Sold | 12/19/18 | L | C | |
| 65. XTrackers MSCI Emerging Markets Hedged Equity ETF (DBEM) | B | Dividend | | | Sold | 12/19/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 37: Corporate consolidation of 2017, lines 42 and 43.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Christen, Morgan B. | 05/07/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morgan B. Christen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544